

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-4-2014

# USA v. Gregory Brown

Precedential or Non-Precedential: Precedential

Docket No. 13-4442

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Gregory Brown" (2014). *2014 Decisions.* Paper 1128.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1128

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 13-4442
_____

UNITED STATES OF AMERICA

v.

GREGORY GARRETT BROWN,
Appellant
_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Criminal Action No. 1-11-cr-00034-001)
District Judge: Honorable Maurice B. Cohill, Jr.
_____

Argued June 12, 2014

Before: AMBRO and BARRY, <u>Circuit Judges</u>,
and RESTANI,[*] <u>Judge</u>

(Opinion filed September 2, 2014)

## <u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>

AMBRO, <u>Circuit Judge</u>

IT IS NOW ORDERED that the published Opinion in the above case filed September 2, 2014, be amended as follows:

On page 11, in the second full paragraph, fifth line down, insert the word "court" after "sentencing" and before "should" so that the phrase reads:  "a sentencing court should first determine a violation . . . ."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: November 4, 2014
Tmm/cc: all counsel of record
_____

[*] Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.